FILED
November 29, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11MJ00366-GGH-1 |
| ) | |
| Plaintiff, ) | |
| v.                                       ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| HILARY HERNDON, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __HILARY HERNDON__ , Case No. __2:11MJ00366-GGH-1__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 29, 2011__ at __2:00 pm__ .

By     /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court